UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :

: NO. 19-246

V.  :

: NOTICE OF ATTORNEY APPEARANCE

Creaghan Harry  :

SIR:

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR Creaghan Harry, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: 5/23/19
SIGNATURE: _____
NAME: Eric Franz
(Please Print)
FIRM NAME: Law offices of Eric Franz PLLC
ADDRESS: 747 3rd Ave, 20th Fl
NYC NY 10017
TELEPHONE NUMBER: (212) 355-2200