UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES,**<br><br>v.<br><br>**CREAGHAN HARRY,**<br><br>*Defendant.* | **Criminal Action No. 19-246**<br><br>**ORDER** |

**ARLEO, UNITED STATES DISTRICT JUDGE**

 **THIS MATTER** comes before the Court on Defendant Creaghan Harry's ("Harry") Motion to Revoke, ECF No. 99 an order of detention entered by the Magistrate Judge, and on Harry's request to reopen his detention hearing pursuant to 18 U.S.C. § 3142(f), ECF No. 104;

 and for the reasons set forth in the accompanying Opinion;

 **IT IS** on this 22nd day of April, 2020,

 **ORDERED** that Harry's Motion, ECF No. 99, is **GRANTED IN PART and DENIED IN PART**, and that Harry will be ordered released on a $2.5 million bond, secured by $1.4 million in equity and two financially responsible co-signers, and it is further

 **ORDERED** that this matter is remanded to the Magistrate Judge to determine which potential properties, suretors and third party custodians are appropriate, and it is further

 **ORDERED** that Harry's release will also require travel restrictions, home incarceration, and surrender of his and his children's passports, and that Harry may access the internet, subject to monitoring by Pretrial Services, and it is further

 **ORDERED** Harry will not be released until the yacht returned to the United States to the custody of the Government, or in lieu of surrendering the yacht, Harry can post an additional

$1.1 million in equity to fully secure the bond.

/s Madeline Cox Arleo
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**