2018R00919/JF/DAH/BAW/ms

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | : |
| | : Crim. No. 19-246 (MCA) |
| CREAGHAN HARRY | : |
| | : **GOVERNMENT'S SECOND** |
| | : **CRIMINAL FORFEITURE** |
| | : **BILL OF PARTICULARS** |

The United States of America, by and through Rachael A. Honig, Attorney for the United States, acting under authority conferred by 28 U.S.C. § 515 (Barbara A. Ward, Assistant U.S. Attorney, appearing), submits this Second Criminal Forfeiture Bill of Particulars, pursuant to Federal Rule of Criminal Procedure 32.2(a) and *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), to give notice that the property subject to forfeiture as a result of the offenses charged in Counts One through Six of the above-referenced Indictment, as alleged in the Forfeiture Allegation of the Indictment, includes, but is not limited to, the following:

> The real property and appurtenances known as 19354 Skyridge Circle, Boca Raton, Palm Beach County, Florida 33498 (APN 00-41-47-11-09-000-3920), in that approximately 45.5% of the purchase price was paid with funds subject to forfeiture as alleged in the Indictment, and all property traceable to such property, including proportional appreciation.

This notice does not limit the Government from seeking the forfeiture of additional specific property or limit the Government from seeking the imposition of a forfeiture money judgment.

Dated:   October 7, 2020

                                        RACHAEL A. HONIG
                                        Attorney for United States,
                                        Acting Under Authority Conferred
                                        By 28 U.S.C. § 515

                                        *s/ Barbara A. Ward*
                                        By:  BARBARA A. WARD
                                        Assistant United States Attorney