UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-035-E

No. 21-3054

UNITED STATES OF AMERICA

v.

CREAGHAN HARRY,
   Appellant

(D.N.J. No. 2-19-cr-00246-001)

Present: KRAUSE, RESTREPO and SMITH, Circuit Judges

1. Motion by Appellant for Order Vacating the District Court's Order on Bail with Appendix;

2. Response in Opposition by Appellee to Appellants Motion to Vacate the Districts Court's Order for Bail with Supplemental Appendix;

3. Motion by Appellee to Accept Overlength Response to Appellant's Motion for Bail.

Respectfully,
Clerk/pdb

_____ORDER_____

The foregoing Motion by Appellee to Accept Overlength Response to Appellant's Motion for Bail is GRANTED. The Motion by Appellant for Order Vacating the District Court's Order on Bail is DENIED inasmuch as this court lacks jurisdiction to consider a nonfinal order. 18 U.S.C. § 3145(c).

By the Court,

s/D. Brooks Smith
Circuit Judge

Dated: February 3, 2022
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate