IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | * |
| v. | *  CRIM. NO. 19cr246 |
| Creagan Harry | * |

***** 

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR DISTRICT COURT PROCEEDINGS

In accordance with Standing Order 2020-06 and 2021-03, this Court finds:

__✓__ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

__✓__ That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

    1. The COVID-19 pandemic;
    2. Efficiently proceeding with Defendant's case; and
    3. Consent of Defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

__✓__ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    _____ Other:

Date: 4/25/2022

Honorable Madeline Cox Arleo
United States District Judge