**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | Crim. No. 19-246 |
| CREAGHAN HARRY | **ORDER TO AMEND**<br>**CONDITIONS OF BAIL** |

THIS MATTER having come before the Court on the application of defendant Creaghan Harry, by Michael H. Robertson, Esq., of the law firm of O'Toole Scrivo, for an Order amending conditions of release in the above captioned matter, on notice to and without opposition from the United States (Darren C. Halverson, Trial Attorney, appearing), and for good cause shown:

IT IS on this ___ day of March 2025,

ORDERED that the conditions of the defendant's bail are amended as follows:

1.   Defendant Creaghan Harry is permitted travel to the Social Security Administration Building, 801 Clematis Street, West Palm, Florida 33401 for the purpose of obtaining a replacement social security card and other related documents, which require his in-person presence; and

2.   All other conditions of bail previously set in this matter remain in effect.

 

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE