UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CREAGHAN HARRY | Hon. Madeline Cox Arleo, U.S.D.J.<br><br>Crim. No. 19-246<br><br>**ORDER TO AMEND CONDITIONS OF BAIL** |

THIS MATTER having come before the Court on the application of defendant Creaghan Harry, by Michael H. Robertson, Esq., of the law firm of O'Toole Scrivo, for an Order amending conditions of release in the above captioned matter, on notice to and without opposition from the United States (Darren C. Halverson, Trial Attorney, appearing), and on notice and without opposition from United States Pre-Trial Services (Senior U.S. Pre-Trial Services Officer, David E. Hernandez); and for good cause shown:

IT IS on this ___ day of May 2025,

ORDERED that the conditions of the defendant's bail are amended as follows:

1. Defendant Creaghan Harry is permitted travel to the United States Citizenship and Immigration Services ("USCIS") office located at 9300 Belvedere Road, West Palm Beach, FL 33411 on May 12, 2025 at 9:30 a.m. for the purpose of attending an in-person interview as part of Defendant Creaghan Harry's wife (Laura Orozco) application for permanent residency; and

2. All other conditions of bail previously set in this matter remain in effect.

                                                                                           _____
                                                                                           HONORABLE MADELINE COX ARLEO
                                                                                           UNITED STATES DISTRICT JUDGE